IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NICOLE FORD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:08-cv-635 |
| | ) | |
| | ) | JUDGE HAYNES |
| CHAD YOUTH ENHANCEMENT CENTER, Et. Al. | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion for summary judgment (Docket Entry No. 15) is **GRANTED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 24th day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge